

# THE THIRTEENTH COURT OF APPEALS

### 13-23-00500-CV

South Texas Independent School District
v.
Ryan Busse, Josh Klostermann, Russel Klostermann, Layne Klostermann, Mitch Thomas, Olivia Rincones, Robert Rincones, Ruben Rincones, Enrica Rincones, Angelita Garcia, Adelaida Garcia, Aniceto Garcia, Betty Garcia, Railey Rincones, Gary Busse, Alison Savage, and Lyford Consolidated Independent School District

On Appeal from the
197th District Court of Willacy County, Texas
Trial Court Cause No. 2023-CV-0282-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

August 1, 2024